George L. Wilkinson, appellant, v. Ethel Louise Swanson, administratrix of the estate of Charles Pegler, deceased, appellee. Gen. No. 36,797.

Opinion filed November 6, 1933.
Joseph E. Winterbotham, for appellant. H. L. Howard and William Greene, for appellee.
Mr. Justice O'Connor delivered the opinion of the court.